UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC. et al.,

          Plaintiff,

v.

INDIVIDUALS and ENTITIES, et al.,

          Defendant.

CASE NO. 2:22-cv-00758-RAJ-BAT

**ORDER SEALING COMPLAINT AND SUPPORTING MOTION**

The Court having reviewed the report and recommendation of the assigned Magistrate Judge and the balance of the record, finds and ORDERS:

(1) The Court adopts the report and recommendation. The matter shall be sealed. The complaint and motion (Dkts 1,2) and all future pleadings Plaintiffs file are sealed until otherwise directed.

(2) Plaintiffs shall file a status report no later than **six** months from the date of the order advising whether grounds to keep this matter sealed continue to exist or whether the matter may be unsealed.

DATED this 6th day of June, 2022.

RICHARD A. JONES
United States District Court Judge

ORDER SEALING COMPLAINT AND
SUPPORTING MOTION - 1